JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MENA, | Case No. 8:25-cv-00265-JWH-DFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HONGSIN INVESTMENT LLC, and DOES 1-10, | |
| Defendants. | |

Pursuant to the "Order Regarding Plaintiff's Motion for Default Judgment [ECF No. 14] and Defendant's Motion to Set Aside Default [ECF No. 20]" filed substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendants DOES 1-10 are **DISMISSED.**

3. The claims for relief of Plaintiff Robert Mena arising under the Unruh Civil Rights Act and Disabled Persons Act, as well as his claims for negligence and violation of the Cal. Health & Safety Code, are **DISMISSED.**

4. With respect to the claim for relief arising under the Americans with Disabilities Act of 1990, **JUDGMENT** is entered in **FAVOR** of Plaintiff Robert Mena and **AGAINST** Defendant Hongsin Investment LLC, in the amount of **$1,795** (which consists of $1,310 in attorney's fees and $485 in costs). In addition, Defendant Hongsin Investment is **ORDERED** to provide an accessible parking space at the property located at or about 17431 Brookhurst St., Fountain Valley, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

5. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: October 20, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE